407 P.2d 54

Gilbert GRIFFIN, Petitioner,

v.

George L. ZIMMERMAN, District Judge, Division 2, Third Judicial District, Lincoln County, New Mexico, Respondent,

and

State of New Mexico, through Ernest Williams, District Attorney in and for the Third Judicial District, Party in Interest.

No. 8006.

Supreme Court of New Mexico.

Oct. 26, 1965.

Ordered that George L. Zimmerman, District Judge, Division Two, Third Judicial District, District Court, Lincoln County, New Mexico is commanded to desist and refrain from further proceedings in Criminal Cause No. 6971 in the District Court, Lincoln County, New Mexico, entitled State of New Mexico, Plaintiff, vs. Gilbert Griffin, Defendant.

Further ordered, that a writ of prohibition be issued accordingly and made permanent.

407 P.2d 54

Quint T. EVANS, Western Auto Transport, Inc., a corporation, and Transport Indemnity Co., a corporation, Petitioners,

v.

Honorable Samuel Z. MONTOYA, Judge of the First Judicial District in and for the County of Santa Fe, Respondent.

No. 7986.

Supreme Court of New Mexico.

Nov. 3, 1965.

Ordered that the alternative writ of mandamus heretofore issued herein on September 30, 1965, be and the same is hereby made permanent.